UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

DEMMON ROCKLIN RANCH PARTNERS, LP,

          Defendant.
/

NO. CIV. S-10-3035 LKK/KJN

O R D E R

Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

IT IS SO ORDERED.

DATED: August 9, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT