UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

DEMMON ROCKLIN RANCH PARTNERS L.P.,

        Defendant.
_____/

NO. Civ.S-10-3035 LKK/KJN

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

////

1

1 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2      IT IS SO ORDERED.

3      DATED: November 9, 2011.

```
                       _____
                       LAWRENCE K. KARLTON
                       SENIOR JUDGE
                       UNITED STATES DISTRICT COURT
```