SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> Demmon Rocklin Ranch Partners L.P., <br><br> Defendant | Case No. **2:10-cv-03035-LKK-KJN** <br><br> **ORDER RE: STIPULATED DISMISSAL** |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date: December 15, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-10-cv-03035-LKK-KJN- 1